**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA** *et al*, <br><br> **Plaintiffs,** <br><br> vs. <br><br> **DJK CONSTRUCTION, INC.,** <br><br> **Defendant.** | Case No.: 12-CV- 05377 YGR <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING COMPLIANCE CONFERENCE ON FILING OF MOTION FOR DEFAULT JUDGMENT; AND ORDER OF REFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

1. The Case Management Conference set for Monday, March 4, 2013 is **VACATED**.

2. Within 56 days of entry of this Order, Plaintiffs shall file a motion for default judgment. Said motion shall be **REFERRED** to the Chief Magistrate Judge or her designee for a report and recommendation upon filing.

3. The Court hereby sets a Compliance Hearing regarding the filing of a motion for default judgment for **Friday, May 10, 2013** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. If Plaintiffs have filed a motion for default judgment as set forth above, Plaintiffs need not appear and the compliance hearing will be taken off calendar. If Plaintiffs have not filed a motion for default judgment, Plaintiffs shall file, no less than five (5) business days prior to the date of the hearing, a one (1) page statement setting forth an explanation regarding the failure to file same. If such a statement is timely filed, Plaintiffs may appear by phone for the compliance hearing. Failure to file a timely statement may be grounds for sanctions.

**IT IS SO ORDERED.**

Dated: March 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**